UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) | No. 4:05MC348-SNL |
|  | ) |  |
| KATHLEEN HANDLER, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## **ORDER**

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this __27th__ day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE